UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SORRELL EUGENE HUFF,

                                Petitioner,

-vs-                                                        Case No.  8:04-cv-765-T-24EAJ

JAMES V. CROSBY, JR.,

                                Respondent.

_____/

## ORDER

     The Court denied Petitioner Sorrell Eugene Huff (Huff's) 28 U.S.C. § 2254 petition

for writ of habeas corpus.  Huff filed a Notice of Appeal.  Pursuant to Edwards v. United

States, 114 F.3d 1083 (11th Cir. 1997), the Court construes the Notice of Appeal as a

request for a certificate of appealability.

     To merit a certificate of appealability, Petitioner must show that reasonable jurists

would find debatable both (1) the merits of an underlying claim, and (2) the procedural

issues he seeks to raise.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473,

475 (2000).[1]  Petitioner has failed to meet this standard.   Therefore, Petitioner has failed to satisfy the Slack test.

Accordingly, the Court orders:

That Huff's construed request for a certificate of appealability (Doc. No. 17) is denied.

ORDERED at Tampa, Florida, on  September 19, 2005.

*Susan C. Bucklew*

SUSAN C. BUCKLEW
United States District Judge

Counsel of Record

Sorrell E. Huff

---

[1]  Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard.   See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).